**Thelma WILLIAMS, Jr., Appellant,**

**v.**

**Brooks PARKS, Warden, Varner Unit, ADC; K. Luckett, Warden, Varner Unit, ADC; Richard T. Ball, Captain, Varner Unit, ADC; Glass, Mr., Varner Unit, ADC; Joshua Shineflew, Inmate, Varner Unit, ADC; Grant Harris, Warden, Varner Unit, ADC; John Doe, Inmate, Varner Unit, ADC; Arkansas Department of Correction; Willie Hampton, SATP, Arkansas Department of Correction; Dean Pickman, Inmate; Bigger; P. Persons; James Lamb, Appellees.**

**No. 08–1557.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 6, 2009.

Filed: July 7, 2009.

Warden–Ar–East Arkansas, Arkansas Department of Correction, Brickeys, AR, Warden–Ar–Varner, Arkansas Department of Correction, Grady, AR, Arkansas Department of Correction, for Appellant.

Thelma Williams, Tucker, AR, pro se.

Ka Tina R. Hodge, Attorney General's Office, Little Rock, AR, for Appellees.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Inmate Thelma Williams, Jr., appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having conducted de novo review, *see Mason v. Corr. Med. Servs., Inc.,* 559 F.3d 880, 884–85 (8th Cir.2009) (standard of review), we find no basis for reversal. Accordingly, we affirm, *see* 8th Cir. R. 47B, and we also deny Williams's multiple pending motions.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.